IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01202-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

PUEBLO COMMUNITY HEALTH CENTER, INC.

Defendant.

_____

# ORDER

_____

This matter is before me on the plaintiff's **Motion to Send Summons to Plaintiff** (the "Motion"), filed October 31, 2005.  The Motion requests the following relief:

> I Antonio DelMonico have never received the summons I filed with
> this court to serve on the Pueblo Community Health Center, Inc.,
> or the Defendant.  I respectfully ask this court to send me the
> copies of the summons I filed, and that they have the court seal on
> them.  I cannot complete service at this time, because I have
> nothing to serve, and I request this court to grant me an extension
> of time on when I am required to provide proof of service.

The record reflects that the plaintiff has never submitted a summons to this Court.  Nevertheless, the Clerk of the Court is directed to issue a summons to the plaintiff so that he may cause it to be served on the defendant.  In addition, the plaintiff is granted an extra thirty days to file proof of service.

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to issue to the plaintiff a summons signed by the Clerk and bearing the seal of the Court in

accordance with Rule 4 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the plaintiff shall file proof of service on or before

**December 28, 2005**.

IT IS FURTHER ORDERED that any future filings by the plaintiff shall bear the correct

Civil Action Number as reflected in the caption of this Order.

Dated November 7, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge