IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01202-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

PUEBLO COMMUNITY HEALTH CENTER, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the defendant's **Motion to Dismiss and, in the Alternative, Motion for Summary Judgment**, filed January 19, 2006. For the following reasons, the Motion is DENIED WITHOUT PREJUDICE.

The defendant filed the Motion to Dismiss and, in the alternative, Motion for Summary Judgment (the "Motion") on January 19, 2006. On April 10, 2006, the plaintiff filed an Amended Complaint as of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.[1] Consequently, the defendant's Motion is no longer directed at the operative Complaint.

---

[1] Rule15(a) provides:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

The defendant's Motion is not a responsive pleading. Cooper v. Shumway, 780 F.2d 27, 29 (10th Cir. 1985).

Accordingly,

IT IS ORDERED that the defendants' Motion to Dismiss and, in the alternative, Motion for Summary Judgment is DENIED WITHOUT PREJUDICE. The defendants may reassert their arguments, if applicable, in response to the Amended Complaint.

Dated April 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge