IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01202-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

PUEBLO COMMUNITY HEALTH CENTER, INC.

Defendant.

_____

# ORDER
_____

This matter is before me on **Plaintiff's Motion to Amend Complaint** (the "Motion"),

filed April 28, 2006.  The plaintiff requests that the Court accept his Amended Complaint for

filing.  The plaintiff amended his complaint as a matter of right on April 10, 2006, and the

Amended Complaint was accepted for filing on that date. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated May 4, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge