**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   05-cv-01202-LTB-BNB

ANTONIO DELMONICO,

      Plaintiff,

v.

PUEBLO COMMUNITY HEALTH CENTER, INC.,
      Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland issued and served on November 27, 2006. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Trial Demand (Doc 30 - filed April 25, 2006) is GRANTED IN PART AND DENIED IN PART as follows:

    1.    GRANTED to the extent it seeks dismissal of the Plaintiff's Title VII claim;

    2.    DENIED insofar as it seeks dismissal of the Plaintiff's ADA claim; and

    3.    GRANTED to the extent it seeks dismissal of the Plaintiff's state law claim(s) for failure to state a claim upon which relief can be granted.

                                    BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: January 4, 2007