IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01202-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

PUEBLO COMMUNITY HEALTH CENTER, INC.

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 3, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 19, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge