**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   05-cv-01202-LTB-BNB

ANTONIO DELMONICO,

    Plaintiff,

v.

PUEBLO COMMUNITY HEALTH CENTER, INC.,
    Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Defendant's Motion to Dismiss With Prejudice (Doc 64 - filed May 25, 2007), Defendant's Supplemental Motion to Dismiss With Prejudice with attached Joint Stipulation for Dismissal With Prejudice (Doc 65 - filed June 19, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                   s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: June 20, 2007